# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                      Appellant,

vs.

MANE SHAH,
                      Respondent.

No. 75455

**FILED**

APR 16 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is the State's appeal from an district court order granting a motion to suppress. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant, the State of Nevada, has filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). We

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Eric Johnson, District Judge
      Attorney General/Carson City
      Clark County District Attorney
      Chesnoff & Schonfeld
      Eighth District Court Clerk

18-14397